1  J. ANDREW COOMBS (SBN 123881)
    *andy@coombspc.com*
2  ANNIE S. WANG (SBN 243027)
    *annie@coombspc.com*
3  J. ANDREW COOMBS, A PROF. CORP.
    520 East Wilson Ave., Suite 200
4  Glendale, California  91206
    Telephone:  (818) 500-3200
5  Facsimile:   (818) 500-3201

6  Attorneys for Plaintiff/Judgment Creditor
    Canon U.S.A., Inc.

7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11 | Canon U.S.A., Inc.,                                      | Case No. SACV15-938 JVS (Ex)
   |                                                          |
12 |             Plaintiff,                                   | **ORDER TO SHOW CAUSE WHY**
   |                                                          | **ORDER FOR SALE OF REAL**
13 |     vs.                                                  | **PROPERTY SHOULD NOT BE**
   |                                                          | **MADE**
14 | Thuy Le a/k/a Thuy Trong Le a/k/a
    Tony Le; Thanh P. Nguyen a/k/a Thanh
15  Phuong Nguyen a/k/a Thanh Nguyen;
    Michelle T. Tran a/k/a Michelle Duong;
16  and Does 1 - 10, inclusive,

17             Defendants.

18

19

20

21

22

23

24

25

26

27

28

511240.01                                                    ORDER RE APPLICATION FOR
                                                             ORDER TO SELL REAL
                                                             PROPERTY

**TO THE JUDGMENT DEBTORS, CURRENT TENANTS OF THE BELOW-DESCRIBED PROPERTY, AND THEIR COUNSEL:**

The Court, having considered Plaintiff and judgment creditor Canon U.S.A., Inc.'s ("Canon") *Ex Parte Application for Order to Sell Real Property and Issuance of Order to Show Cause Why Order for Sale of Real Property Should Not Be Made*, in which Canon requests an order for sale of the real property commonly known as 16707 Daisy Avenue, Fountain Valley, California 92708, and legally described as Lot 164 of Tract No. 4638, in the City of Fountain Valley, County of Orange, State of California, as per map recorded in Book 199 Pages 16, 17, 18, 19, 20 and 21 of miscellaneous maps, records of Orange County (the "Property"), and for good cause,

HEREBY ORDERS that Defendant and judgment debtor Thuy Le a/k/a Thuy Trong Le a/k/a Tony Le appear on March 27, 22017 at 1:30 p.m. in Courtroom 10C of this Court, located at 411 West 4th Street, Santa Ana, California, to show cause, if any, why the attached *ex parte* application for sale of the Property should not be granted.

IT IS FURTHER ORDERED that a copy of this Order to Show Cause, Canon's *ex parte* application, and a Notice of Hearing in the form prescribed by the California Judicial Council shall be served, personally, by fax, email or by mail, on judgment debtor Thuy Le a/k/a Thuy Trong Le a/k/a Tony Le.  Copies of each of these documents shall also be personally served on the occupant(s) of the Property or, if no occupant(s) is/are present at the time service is attempted, posted in a conspicuous place at the Property.  Copies of each of these documents shall also be served, personally, by fax, email or by mail, on purported joint tenants Thanh Ngoc Le and Huong Le, husband and wife, and Hung N. Ngo and Paula P. Ngo, husband and wife, as further identified in the *ex parte* application, and on NMSI, Inc. and Nationstar Mortgage, LLC, as further identified in the *ex parte* application.  Service and posting of these documents shall be accomplished at least 30 days before the date of the hearing set forth above.

IT IS FURTHER ORDERED that any response or opposition to this Order to Show Cause must be filed and either personally served or served via ECF on Canon's counsel, J. Andrew Coombs, J. Andrew Coombs, A Professional Corporation, 520 East Wilson Avenue, Suite 200, Glendale, California, 91206, no later than fourteen (14) court days before the date set for hearing and Canon shall file a Reply, if any, not later than seven (7) court days before the date set for hearing.

Dated: January 30, 2017

_____
Hon. James V. Selna