1  Kevin S. Sinclair, SBN 254069
    *ksinclair@sinclairbraun.com*
2  Nick S. Pelletier, SBN 255466
    *npelletier@sinclairbraun.com*
3  SINCLAIR BRAUN KARGHER LLP
   15260 Ventura Blvd., Suite 715
4  Sherman Oaks, California 91403
   Telephone: (213) 429-6100
5  Facsimile: (213) 429-6101

6  Attorneys for Judgment Creditor
   FIRST AMERICAN TITLE INSURANCE
7  COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| CANON U.S.A., INC., | Case No.: 8:15-cv-000938-JVS-E |
|---|---|
| Plaintiff, | **RENEWAL OF JUDGMENT BY CLERK** |
| vs. | [Honorable James V. Selna] |
| THUY LE et al., | |
| Defendants. | |

[PROPOSED] RENEWAL OF JUDGMENT BY CLERK

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and Code Civ. Proc. §§683.110 - 683.320, and for good cause appearing therefor,

Judgment in favor of Canon U.S.A., Inc. and assigned to First American Title Insurance Company, and against Defendants Thuy Le a/k/a Thuy Trong Le a/k/a Tony Le, Thanh P. Nguyen a/k/a Thanh Phuong Nguyen a/k/a Thanh Nguyen, Michelle T. Tran a/k/a Michelle Duong, entered on February 26, 2016, and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | |
|---|---|---|
| a. | Total Judgment | $240,000.00 |
| b. | Costs after Judgment | $0.00 |
| c. | Subtotal (add a and b) | $240,000.00 |
| d. | Credits after Judgment | $0.00 |
| e. | Subtotal (subtract d from c) | $240,000.00 |
| f. | Interest after Judgment (rate of 0.53% per annum, calculated daily, compounded annually) (28 U.S.C.A. § 1961(b)) | $11,803.18 |
| g. | Fee for filing renewal application | $0.00 |
| h. | **Total Renewed Judgment** (add e, f, and g) | $251,803.18 |

Dated: April 3, 2025                          CLERK, by _____
                                                            Deputy



2
[PROPOSED] RENEWAL OF JUDGMENT BY CLERK